**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                     CHAPTER 13 CASE NO:

**SHERONDA TUCKER**                                         **23-11270-JDW**
**650 WEST LAKE DR
HOLLY SPRINGS, MS 38635**

---

### NOTICE TO DEBTOR

---

      NOTICE is hereby given that your plan payment will change from **$350.00 monthly** to **$517.50 monthly** effective in <u>**06/2023**</u>.

      The reason for the changes in your plan payment is:

____    Due to a change in your monthly mortgage payment.

_xx_    Due to a claim being filed for a different amount than scheduled.

____    Due to entry of an order.

____    Other: _____

      **If you are paying by automatic draft**, please be sure there are sufficient funds in your account to satisfy the new payment.

      **If you are paying via TFS**, it is your responsibility to update the payment amount via the TFS website.

      **If you are paying direct**, please be aware that the Trustee does not accept personal checks. You can remit payments online through https://tfsbillpay.com or mail guaranteed funds, in the form of a cashier's check or money order with your case number & last name in the description line, to:

    Locke D. Barkley, Chapter 13 Trustee
    P.O. Box 1859
    Memphis, TN 38101

Should you have any questions concerning this, please contact your attorney.

Date: May 4, 2023

                                                     Sincerely,

                                                     <u>/s/Locke D. Barkley</u>
                                                     Chapter 13 Trustee

CC:      SCHNELLER AND LOMENICK, P.A.
            PO BOX 417
            HOLLY SPRINGS, MS 38635

## CERTIFICATE OF SERVICE

      I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  May 4, 2023

                                        /s/ Locke D. Barkley
                                        LOCKE D. BARKLEY
                                        CHAPTER 13 TRUSTEE