# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: SHERONDA TUCKER<br>JIMMY TUCKER | CHAPTER 13 |
| DEBTORS | CASE NO.: 23-11270 JDW |

## OBJECTION TO PROOF OF CLAIM FILED BY
## RONALD C. ANDERSON [CLAIM #4]

**COME NOW** the above-named Debtors, by and through their attorney of record in this case, and objects to the Proof of Claim filed in this case by Ronald C. Anderson c/o Bridgforth, Buntin & Emerson, PLLC ("Creditor") ; and in support hereof respectfully shows unto the Court the following:

1. On May 12, 2023, the Creditor filed a proof of claim as an unsecured creditor in the amount of $33,710.10, the original being in the Court file (Clm. #4).

2. The Debtors dispute the amount of the claim due, as there is improper documentation supporting the claim. Additionally, the Debtors' object to the amount of arrears of the claim.

3. Absent further info to verify the claim, it should be disallowed.

4. Other grounds to be shown at the hearing.

**WHEREFORE**, the Debtors' pray of the Court that this Objection be received and filed, and at the hearing hereon the Debtors' Objection be sustained, and for such other, further and general relief to which the Debtors may be entitled.

This the 23rd day of May, 2023.

/s/Robert Lomenick
KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET, PO BOX 417
HOLLY SPRINGS, MS 38635
662-252-3224/ robert@northmsbankruptcy.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT MISSISSIPPI

**IN RE: SHERONDA TUCKER**                                         **CHAPTER 13**
       **JIMMY TUCKER**

**DEBTORS**                                                         **CASE NO.: 23-11270 JDW**

## NOTICE OF OBJECTION TO CLAIM

**YOU ARE HEREBY NOTIFIED** that an objection to your claim has been filed in the above referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

**Clerk, U.S. Bankruptcy Court**
**Northern District of Mississippi**
**703 Hwy 145 North**
**Aberdeen, MS 39730**

and a copy must be served on the undersigned Debtor(s)' attorney and the Chapter 13 trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

DATED: May 23, 2023

CHAPTER 13 STANDING TRUSTEE:
Ms. Locke D. Barkley
Chapter 13 Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211

        /s/Robert H. Lomenick, Jr.
        KAREN B. SCHNELLER, MSB 6558
        ROBERT H. LOMENICK, JR., MSB 104186
        SCHNELLER & LOMENICK, P.A.
        126 NORTH SPRING STREET
        POST OFFICE BOX 417
        HOLLY SPRINGS, MS 38635
        662-252-3224/robert@northmsbankruptcy.com

# **CERTIFICATE OF SERVICE**

      I, Robert H. Lomenick, attorney for the Debtor, hereby certify that a copy of the foregoing Notice of Objection to Claim and Objection to Claim has this day been served upon the Chapter 13 Trustee, the U.S. Trustee and the following, either by electronic means or by United States Mail:

Ronald C. Anderson
c/o Bridgforth, Buntin & Emerson, PLLC
5293 Getwell Rd
Southaven, MS 38672
barry@bbelawyers.com

Ms. Locke D. Barkley
Chapter 13 Trustee
Ecf_lbarkley13@barkley13.com

Office of U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

      This the 23rd day of May, 2023.

                                              /s/Robert H. Lomenick, Jr.
                                              ROBERT H. LOMENICK, Jr.