# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: SHERONDA TUCKER                                              CHAPTER 13
      JIMMY TUCKER

DEBTORS                                                              CASE NO. 23-11270 JDW

### RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR ABANDONMENT OF REAL PROPERTY [DKT. #13]

**COME NOW, Sheronda Tucker and Jimmy Tucker, Debtor**, by and through their attorney of record, and files this response to the motion filed by Ronald C. Anderson ("Creditor"), and would respectfully state unto the Court as follows, to-wit:

1. The Debtors' admit the allegations contained in Paragraph 1.

2. The Debtors' admit the allegations contained in Paragraph 2.

3. The Debtors' admit the allegations contained in Paragraph 3.

4. The Debtors' admit the allegations contained in Paragraph 4.

5. The Debtors' deny the allegations contained in Paragraph 5 and would request proof of the same. According to documents obtained from Creditor around December of 2022, the Debtors were only $6,000.00 delinquent.

6. The Debtors' deny the allegations contained in Paragraph 6.

7. The Debtors' deny the allegations contained in Paragraph 7.

8. The Debtors' deny the allegations contained in Paragraph 8.

9. The Debtors' deny the allegations contained in the Paragraph beginning "WHEREFORE, PREMISES CONSIDERED", and continuing to the end of the motion.

**WHEREFORE, PREMISES CONSIDERED**, Debtor requests that this Honorable Court will deny the motion filed herein by Bridgforth, Buntin & Emerson, PLLC on behalf of Ronald C. Anderson, filed herein and for such other, further and general relief to which the Debtors may be entitled.

Respectfully Submitted, this the 31st day of May, 2023

/s/Robert H. Lomenick
KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 North Spring Street
Post Office Box 417
Holly Springs, MS 38635
Phone: 662-252-2858/robert@northmsbankruptcy.com

**CERTIFICATE OF SERVICE**

I, Robert H. Lomenick, attorney for Debtor(s), do hereby certify that I have this day forwarded by electronic means or via United States Mail, postage prepaid, of the above and foregoing Response to the following:

Bridgforth, Buntin, & Emerson, PLLC
attn: Adam Emerson
5293 Getwell Rd.
Southaven, MS 38672
adam@bbelawyers.com
*Attorney for Ronald C. Anderson*

United States Trustee
501 East Court Street, Suite 6-430
Jackson, Mississippi 39201

Ms. Locke D. Barkley
6360 I 55 North, Suite 140
Jackson, MS 39211

Dated: May 31, 2023

/s/Robert H. Lomenick
ROBERT H. LOMENICK, JR.