**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT MISSISSIPPI

| | |
|---|---|
| **IN RE: SHERONDA TUCKER** | **CHAPTER 13** |
| **JIMMY TUCKER** | |
| **DEBTORS** | **CASE NO.: 23-11270 JDW** |

## ORDER ON OBJECTION [Dkt. #19]

**THIS CAUSE** came before the Court upon the Debtors Objection to the Proof of Claim [Dkt. #19] filed by Ronald C. Anderson c/o Bridgforth, Buntin & Emerson, PLLC, and no response having been filed by the deadline set by the Court, the Objection is due to be sustained.

It is therefore, **ORDERED** that the Proof of Claim filed by Ronald C. Anderson c/o Bridgforth, Buntin & Emerson, PLLC [Clm. #4] shall be disallowed as filed and treated as proposed under the Debtors' Chapter 13 Plan.

**#ENDOFORDER#**

SUBMITTED BY:

ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
662-252-3224 /robert@northmsbankruptcy.com
ATTORNEY FOR DEBTORS